# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John J. Lutz Jr. aka John J. Lutz<br>Debtor(s) | BK NO. 17-02922 HWV<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for The Bank of New York Mellon, f/k/a, the Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2005-18CB, Mortgage Pass-Through Certificates, Series 2005-18CB and index same on the master mailing list.

                          Respectfully submitted,

                          **/s/James C. Warmbrodt, Esquire**
                          James C. Warmbrodt, Esquire
                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA  19106
                          412-430-3594