```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 17-02922-HWV
John J. Lutz, Jr.                                             Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: admin          Page 1 of 1          Date Rcvd: Oct 27, 2017
                         Form ID: fnldecac    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.
db        +John J. Lutz, Jr.,   20 North 12th street Apt. 320,   Lemoyne, PA 17043-1452

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2017 at the address(es) listed below:
        James Warmbrodt   on behalf of Creditor   The Bank of New York Mellon, f/k/a, the Bank of New
         York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2005-18CB,
         Mortgage Pass-Through Certificates, Series 2005-18CB bkgroup@kmllawgroup.com
        Markian R Slobodian (Trustee)   PA49@ecfcbis.com
        Paul Donald Murphy-Ahles   on behalf of Debtor 1 John J. Lutz, Jr. pmurphy@dplglaw.com,
         kgreene@dplglaw.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                           TOTAL: 4

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

John J. Lutz Jr.  
aka John J. Lutz  
20 North 12th street Apt. 320  
Lemoyne, PA 17043

Chapter 7  
Case No. 1:17−bk−02922−HWV

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−3783

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Markian R Slobodian (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: October 26, 2017

BY THE COURT  
By the Court,

Honorable Henry W. Van Eck  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk